LEONGUERRERO_M.gar2

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
APR - 5 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MELVIN LEON GUERRERO, <br><br> Defendant. | CRIMINAL CASE NO. 97-00026 <br><br> **ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT** |
| PRIMOS HEAVY EQUIPMENT, <br><br> Garnishee. | |

On the application the United States of America, plaintiff, and in accordance with 28 U.S.C. § 3205, the Clerk of the United States District Court is directed to issue a Writ of Continuing Garnishment to the above-named garnishee against Defendant Judgment Debtor MELVIN LEON GUERRERO in the above-cited action.

**SO ORDERED** this 4 day of April 2006.

/s/ ROGER T. BENITEZ
District Judge

---

\* The Honorable Roger T. Benitez, United States District Judge for the Southern District of California, sitting by designation.