ORIGINAL

LEONGUERRERO_M.gar7

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

APR 14 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MELVIN LEON GUERRERO,<br><br>    Defendant,<br><br>PRIMOS HEAVY EQUIPMENT,<br><br>    Garnishee. | CRIMINAL CASE NO. 97-00026<br><br>**CERTIFICATION OF SERVICE** |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed copies of the following: **Application for Writ of Continuing Garnishment, Order Granting Court Approval for the District Court Clerk to Issue a Writ of Continuing Garnishment, Writ of Continuing Garnishment; Instructions to the Garnishee, Notice of Post-Judgment Clerk's Garnishment; Instructions to Defendant-Judgment Debtor** and **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** were sent to the defendant by certified and regular mail on _April 7, 2006_, at Defendant's last known addresses of XXXX E. Gayinero Rd., Yigo, Guam 96929.

MICHELLE PEREZ