ORIGINAL

LEONGUERRERO_M.gar7

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

APR 14 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 97-00026 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATION OF SERVICE OF DOCUMENTS ON GARNISHEE** |
| MELVIN LEON GUERRERO, ) | |
| Defendant, ) | |
| PRIMOS HEAVY EQUIPMENT, ) | |
| Garnishee. ) | |

The United States of America, the judgment creditor herein, hereby certifies that filed copies of the following: **Application for Writ of Continuing Garnishment, Order Granting Court Approval for the District Court Clerk to Issue a Writ of Continuing Garnishment, Writ of Continuing Garnishment; Instructions to the Garnishee** and **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** were sent to the garnishee by certified mail on April 7, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 4/12/06        By: _/s/ Marivic P. David_
MARIVIC P. DAVID
Assistant U.S. Attorney