LEONGUERRERO_M.gar5



**FILED**
DISTRICT COURT OF GUAM
SEP 19 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 97-00026 |
| Plaintiff, | |
| vs. | **ANSWER OF THE GARNISHEE** |
| MELVIN LEON GUERRERO, | |
| Defendant, | |
| PRIMOS HEAVY EQUIPMENT, | |
| Garnishee. | |

ANSWER OF THE GARNISHEE

_____Felix Quan_____, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant-person preparing/signing)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of _____

_____.

(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the (State Official Title) __President/Gen. Mgr__ of Garnishee, __Primos Heavy Equip.__ a corporation, organized under the laws of the _____.

IF GARNISHEE IS A GOVERNMENT ENTITY:

State name and address of agency, and name and official title of authorized representative: _____
_____
_____
_____

1. On __April 10__, 2006, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

Yes  No
___  _X_  Defendant was in my/our employ.

Pay period is weekly ___, bi-weekly ___, semi-monthly ___, monthly ___.

The Defendant's present pay period began on _____.

(Present means the pay period in which this order and notice of garnishment were served)

The Defendant's present pay period ends on _____

Enter amount of net wages. Calculate below:

    (a) Gross Pay                  $_____

    (b) Federal income tax       _____

    (c) F.I.C.A. income tax      _____

    (d) State/Local income tax  _____

    Total of tax withholdings    $_____

    Net Wages                  $_____ (a less total of b,c,d)

//
//

Yes No
___ _X_ 2. Are you aware of any other garnishments, suggestions or levies currently in effect. If the answers is yes, please attach to this Answer a copy of each garnishment, suggestion or levy.

___ _X_ 3. Do you or will you in the foreseeable future, owe the defendant money? If your answer is yes, please provide the amount of money you will owe, the date or dates on which each payment is due, and the reason why you owe or will owe the money to the Defendant:

| Type of Payment (salary, commission, etc..) | Amount | Date Payment is Due |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | NO | _____ |
| 3. _____ | _____ | _____ |

4. If you currently have in your custody, control or possession property (other than earnings) in the form of savings accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest, for each item of property provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | NO | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

//
//
//
//
//

- 3 -

5. For each item of property (other than earnings) which you expect to obtain custody or possession of in the forseeable future, provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest | Date you will obtain property |
|---|---|---|---|
| 1. | | | |
| 2. | No | | |
| 3. | | | |
| 4. | | | |

Yes   No

___   _X_   6. Do you make any claim of exemption on the part of Defendant? If yes, please explain the nature and basis of your claim:

_____
_____
_____
_____

Yes   No

___   _X_   7. Do you have any objections to the garnishment of the Defendant? If yes, please explain the nature and basis of your objection:

_____
_____
_____
_____

//
//
//

8. Check the line below if you deny that you hold property subject to this order of garnishment:

    ☒ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, MELVIN LEON GUERRERO, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

9. The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, MELVIN LEON GUERRERO, at XXXX E. Gayinero Rd., Yigo, Guam 96929 and (2) the attorney for the United States, Marivic P. David, Assistant United States Attorney, U.S. Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910-5059.

PRIMOS HEAVY EQUIPMENT
Garnishee

By: _____
Name of person preparing Answer

The foregoing instrument was acknowledged before me this 18th day of September, 2006.

_____
Notary Public

**GRACE MARIE C. MARTINEZ**
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: July 05, 2008
P.O. Box 21112 GMF, Guam 96921

- 5 -