LEONGUERRERO_M.wdraw
LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MELVIN LEON GUERRERO, ) <br> ) <br> Defendant, ) <br> ) <br> PRIMOS HEAVY EQUIPMENT, ) <br> ) <br> Garnishee. ) | CRIMINAL CASE NO. 97-00026 <br><br> **PETITION TO WITHDRAW WRIT OF CONTINUING GARNISHMENT** |

PETITION

On or about April 4, 2006, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishees. An Answer from the Garnishee was filed with

//
//
//
//

| | |
|---|---|
| 1 | the Court on September 19, 2006 which stated that Defendant MELVIN LEON GUERRERO |
| 2 | was not in their employ and they were in no manner indebted to defendant. Plaintiff respectfully |
| 3 | requests that the Court withdraw the Writ of Continuing Garnishment. |

DATED this _26th_ day of _September_, 2006.

                                              LEONARDO M. RAPADAS
                                              United States Attorney
                                              Districts of Guam and the NMI

By: _____
      MARIVIC P. DAVID
      Assistant U.S. Attorney