ORIGINAL

1  **LEONGUERRERO_M.svc**

2  LEONARDO M. RAPADAS
   United States Attorney

3  MARIVIC P. DAVID
   Assistant U.S. Attorney

4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue

5  Hagåtña, Guam  96910-5059
   TEL: (671) 472-7332

6  FAX: (671) 472-7215

7  Attorney's for United States of America

# FILED

DISTRICT COURT OF GUAM

SEP 29 2006

MARY L.M. MORAN
CLERK OF COURT

8
   IN THE UNITED STATES DISTRICT COURT
9
   FOR THE DISTRICT OF GUAM
10

11  UNITED STATES OF AMERICA,            )      CRIMINAL CASE NO. 97-00026
                                         )
12            Plaintiff,                 )
                                         )
13        vs.                            )      **CERTIFICATE OF SERVICE**
                                         )
14  MELVIN LEON GUERRERO,                )
                                         )
15            Defendant,                 )
    _____        )
16                                       )
    PRIMOS HEAVY EQUIPMENT,              )
17                                       )
              Garnishee.                 )
18  _____        )

19

20       I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed

21  copies of the following:  **Petition to Withdraw Writ of Continuing Garnishment** and **Order**

22  **Re: United States Petition to Withdraw Writ of Continuing Garnishment** were sent to the

23  defendant and garnishee by mail on September 29, 2006.

24

25                                              MICHELLE PEREZ

26

27

28