LEONGUERRERO_M.gar2a

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 16 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MELVIN LEON GUERRERO, ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) <br> SMITHBRIDGE GUAM INC., ) <br> ) <br> Garnishee. ) <br> _____ ) | CRIMINAL CASE NO. 97-00026 <br><br> **ORDER GRANTING COURT APPROVAL FOR THE DISTRICT COURT CLERK TO ISSUE A WRIT OF CONTINUING GARNISHMENT** |

ORDER

IT IS SO ORDERED that the Clerk of the United States District Court, on the application the United States of America, plaintiff, and in accordance with 28 U.S.C. § 3205, issue a Writ of Continuing Garnishment against Defendant Judgment Debtor MELVIN LEON GUERRERO in the above cited action.

DATED this 15th day of November, 2006.

Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam

ORIGINAL