ORIGINAL

LEONGUERRERO_M.gar6a

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 3 0 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00026 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NOTICE TO DEFENDANT-JUDGMENT DEBTOR ON HOW TO CLAIM EXEMPTIONS |
| MELVIN LEON GUERRERO, | ) | |
| Defendant, | ) | |
| SMITHBRIDGE GUAM INC., | ) | |
| Garnishee. | ) | |

### NOTICE TO DEFENDANT-JUDGMENT DEBTOR

### ON HOW TO CLAIM EXEMPTIONS FOR GUAM

The attached pre-judgment or post-judgment process has been issued on request of the United States of America.

The law provides that certain property and wages cannot be taken. Such property is said to be exempted. This Notice lists the exemptions under federal law and your territory law. There is no exemption solely because you are having difficulty paying your debts.

//

//

If you claim an exemption, you should (i) fill out the claim for exemption form and (ii) deliver or mail the form to the clerk's office of this court and counsel for the United States. You have a right to a hearing within five business days, or as soon as practicable, from the date you file your claim with the court.

If the United States of America as creditor is asking that your wages be withheld, the method of computing the amount of wages which are exempt from garnishment by law is indicated on the Claim for Exemption Form which is attached. You do not need to file a claim for exemption to receive this exemption, but if you believe the wrong amount is being withheld, you may file a claim for exemption.

On the day of the hearing, you should come to court ready to explain why your property is exempted, and you should bring any documents which may help you prove your case. If you do not come to court at the designated time and prove that your property is exempt, you may lose some of your rights.

It may be helpful to you to seek the advice of an attorney in this matter.

DATED this 29th day of November, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney