ORIGINAL

1    LEONGUERRERO_M.gar7a

2    LEONARDO M. RAPADAS
United States Attorney
3    MARIVIC P. DAVID
Assistant U.S. Attorney
4    Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5    Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6    FAX: (671) 472-7215

**FILED**
DISTRICT COURT OF GUAM
DEC -5 2006
MARY L.M. MORAN
CLERK OF COURT

7    Attorney's for United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00026 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATION OF SERVICE** |
| MELVIN LEON GUERRERO, | ) | |
| Defendant, | ) | |
| SMITHBRIDGE GUAM INC., | ) | |
| Garnishee. | ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed copies of the following: **Application for Writ of Continuing Garnishment, Order Granting Court Approval for the District Court Clerk to Issue a Writ of Continuing Garnishment, Writ of Continuing Garnishment; Instructions to the Garnishee, Notice of Post-Judgment Clerk's Garnishment; Instructions to Defendant-Judgment Debtor** and **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** were sent to the defendant by certified and regular mail on _November 30, 2006_, at Defendant's last known addresses of XXXX E. Gayinero Rd., Yigo, Guam 96929.

_/s/ Michelle Perez_
MICHELLE PEREZ