LEONGUERRERO_M.gar5a



FILED
DISTRICT COURT OF GUAM
DEC 14 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MELVIN LEON GUERRERO,<br><br>    Defendant,<br><br>SMITHBRIDGE GUAM INC.,<br><br>    Garnishee. | CRIMINAL CASE NO. 97-00026<br><br>**ANSWER OF THE GARNISHEE** |

ANSWER OF THE GARNISHEE

__Jacob Leon Guerrero__, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant-person preparing/signing)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of __N/A__
~~Smithbridge Guam Inc. 300 Chalan Padiron Haya Yigo, Guam~~

    (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member __N/A__ of a partnership composed of which Garnishee is a partner.

ORIGINAL

1    IF GARNISHEE IS A CORPORATION:

2        That he/she is the (State Official Title) __Financial Controller__ of Garnishee,

3    __Smithbridge Guam Inc.__ a corporation, organized under the laws of the

4    __Territory of Guam__.

5    IF GARNISHEE IS A GOVERNMENT ENTITY:

6        State name and address of agency, and name and official title of authorized

7    representative: __N/A__

8

9

10

11        1.    On __December 5__, 2006, Garnishee was served with the Writ

12    of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

13    Yes    No

14    ✓    ___    Defendant was in my/our employ.

15        Pay period is weekly ✓ , bi-weekly ___, semi-monthly ___, monthly ___.

16        The Defendant's present pay period began on __December 4, 2006__

17        (Present means the pay period in which this order and notice of

18        garnishment were served)

19        The Defendant's present pay period ends on __December 10, 2006__

20        Enter amount of net wages. Calculate below:

21            (a) Gross Pay      $ __468.00__

22            (b) Federal income tax      __—__

23            (c) F.I.C.A. income tax      __35.81__

24            (d) State/Local income tax      __—__

25            Total of tax withholdings      $ __35.81__

26            Net Wages      $ __432.19__ (a less total of b,c,d)

27    //

28    //

Case 1:97-cr-00026     Document 96     Filed 12/14/2006     Page 2 of 5

| | Yes | No | | |
|---|---|---|---|---|
| | ___ | ✓ | 2. | Are you aware of any other garnishments, suggestions or levies currently in effect. If the answers is yes, please attach to this Answer a copy of each garnishment, suggestion or levy. |
| | ___ | ✓ | 3. | Do you or will you in the foreseeable future, owe the defendant money? If your answer is yes, please provide the amount of money you will owe, the date or dates on which each payment is due, and the reason why you owe or will owe the money to the Defendant: |

| Type of Payment (salary, commission, etc..) | Amount | Date Payment is Due |
|---|---|---|
| 1. N/A | | |
| 2. | | |
| 3. | | |

4. If you currently have in your custody, control or possession property (other than earnings) in the form of savings accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest, for each item of property provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest |
|---|---|---|
| 1. N/A | | |
| 2. | | |
| 3. | | |
| 4. | | |

//
//
//
//
//

- 3 -

Case 1:97-cr-00026   Document 96   Filed 12/14/2006   Page 3 of 5

5. For each item of property (other than earnings) which you expect to obtain custody or possession of in the forseeable future, provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest | Date you will obtain property |
|---|---|---|---|
| 1. N/A | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

Yes   No

___   ✓   6. Do you make any claim of exemption on the part of Defendant? If yes, please explain the nature and basis of your claim:

N/A

_____

_____

_____

Yes   No

___   ✓   7. Do you have any objections to the garnishment of the Defendant? If yes, please explain the nature and basis of your objection:

N/A

_____

_____

_____

//

//

//

8. Check the line below if you deny that you hold property subject to this order of garnishment:

    N/A    [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, MELVIN LEON GUERRERO, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

9. The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, MELVIN LEON GUERRERO, at XXXX E. Gayinero Rd., Yigo, Guam 96929 and (2) the attorney for the United States, Marivic P. David, Assistant United States Attorney, U.S. Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910-5059.

SMITHBRIDGE GUAM INC.

Garnishee

By: _____
Name of person preparing Answer

The foregoing instrument was acknowledged before me this 14th day of December, 2006.

**LESA A. CARTER**
NOTARY PUBLIC
My Commission Expires: August 15, 2010
P.O. Box 11700 Yigo, Guam 96929

Lesa A. Carter
Notary Public

- 5 -