ORIGINAL

LEONGUERRERO_M.gar9a

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN 22 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MELVIN LEON GUERRERO, ) <br> ) <br> Defendant, ) <br> ──────────────────────── ) <br> ) <br> SMITHBRIDGE GUAM INC., ) <br> ) <br> Garnishee. ) <br> ──────────────────────── ) | CRIMINAL CASE NO. 97-00026 <br><br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed copies of the following: **Motion for Entry of Final Order in Continuing Garnishment** and **Final Order in Continuing Garnishment** were sent to the defendant and garnishee by mail on January 22, 2007.

MICHELLE PEREZ