ORIGINAL

LEONGUERRERO_M.ter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
APR 23 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MELVIN LEON GUERRERO,<br><br>    Defendant,<br><br>SMITHBRIDGE GUAM INC.,<br><br>    Garnishee. | CRIMINAL CASE NO. 97-00026<br><br>**MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |

On or about November 29, 2006, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about April 20, 2007, our

//
//
//
//
//
//

office confirmed with the garnishee that defendant is no longer employed with them as of December, 2006. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant MELVIN LEON GUERRERO.

DATED this __23rd__ day of __April__, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney