ORIGINAL

LEONGUERRO_M.facg

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
APR 27 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 97-00026 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| MELVIN LEON GUERERRO, ) | |
| Defendant, ) | |
| SMITHBRIDGE GUAM INC., ) | |
| Garnishee. ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed or electronically filed copy of the following: **Motion to Terminate Writ of Continuing Garnishment, Order Re: United States Motion to Terminate Writ of Continuing Garnishment** and **Final Accounting Upon Termination Garnishment** were sent to the defendant and garnishee by mail on _April 26, 2007_.

MICHELLE PEREZ