**LeonGuerrero_M.taxgar1**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 97-00026 |
| ) Plaintiff, ) | |
| ) vs. ) | **APPLICATION FOR WRIT OF GARNISHMENT** |
| MELVIN LEON GUERRERO, ) | |
| ) Defendant. ) | |

APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the District Court of Guam to issue a Writ of Garnishment upon the judgment entered against the Defendant-Judgment Debtor MELVIN LEON GUERRERO, whose last known mailing address is: Yigo, Guam 96929, (hereinafter "Debtor"), in the above cited action for the sum of $121,000.00 which includes a $100.00 special assessment fee and restitution in the amount of $120,900.00.

There is a balance of $183,924.00, as of April 29, 2008 ($116,027.24 principal + $67,896.87 int. to 4/29/2008).

//

1 | Demand for payment of the above-stated debt was made upon the debtor not less than 30
2 | days and the Debtor has failed to satisfy the debt.
3 | The Garnishee is believed to have possession of property (including nonexempt
4 | disposable earnings) in which Defendant-Judgment Debtor MELVIN LEON GUERRERO has a
5 | substantial nonexempt interest.
6 | The names and address of the Garnishees or his authorized agents is:

> Department of Revenue & Taxation
> Attn.: Artemio B. Ilagan, Director
> P.O. Box 23607
> GMF, Guam 96921

DATED this 30th day of April, 2008.

> LEONARDO M. RAPADAS
> United States Attorney
> Districts of Guam and the NMI
>
> By: /s/ Jessica F. Cruz
> JESSICA F. CRUZ
> Assistant U.S. Attorney
> Jessica.F.Cruz@usdoj.gov
> MIKEL W. SCHWAB
> Assistant U.S. Attorney
> mikel.schwab@usdoj.gov