**LeonGuerrero_M.stpwrit6**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00026 |
| Plaintiff, | ) | |
| vs. | ) | **WRIT OF CONTINUING GARNISHMENT** |
| MELVIN LEON GUERRERO, | ) | |
| Defendant, | ) | |
| HYUN LEE CONSTRUCTION CO., | ) | |
| Garnishee. | ) | |

    Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Continuing Garnishment on Defendant, MELVIN LEON GUERRERO'S wages in the amount of $200.00 per pay period;

//

//

//

IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on wages in the amount of $200.00 per pay period of MELVIN LEON GUERRERO, Social Security Number XXX-XX-1659, until further notice.

Checks should be made payable to:

**CLERK, DISTRICT COURT OF GUAM**

and mailed to:

District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

with a reference to court number **CR 97-00026** to ensure his account is properly credited.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: May 09, 2008**