**LeonGuerrero_M.stpgar6svc**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00026 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| MELVIN LEON GUERRERO, | ) | |
| Defendant, | ) | |
| HYUN LEE CONSTRUCTION CO., | ) | |
| Garnishee. | ) | |

I hereby certify that a filed or electronically filed copy of the following: **Stipulated Motion for a Writ of Continuing Garnishment** and **Writ of Continuing Garnishment** were sent to the defendant and garnishee by mail on May 12, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 05/23/08      By:   /s/ Jessica F. Cruz
                              JESSICA F. CRUZ
                              Assistant U.S. Attorney
                              Jessica.F.Cruz@usdoj.gov
                              MIKEL W. SCHWAB
                              Assistant U.S. Attorney
                              mikel.schwab@usdoj.gov