# ORIGINAL

LeonGuerrero_M.taxgar5

**FILED**
DISTRICT COURT OF GUAM

MAY 2 8 2008 R.D.

**JEANNE G. QUINATA**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br><br>      vs. )<br>MELVIN LEON GUERRERO, )<br>      Defendant, )<br>_____ )<br>DEPARTMENT OF REVENUE )<br>   AND TAXATION, )<br>GOVERNMENT OF GUAM, )<br>      Garnishee. )<br>_____ ) | CRIMINAL CASE NO. 97-00026<br><br><br>**ANSWER OF THE GARNISHEE** |

ANSWER OF THE GARNISHEE

_____, BEING DULY SWORN DEPOSES AND SAYS:
    (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of _____

_____.

    (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member _____ of a partnership

composed of which Garnishee is a partner.

//

IF GARNISHEE IS A CORPORATION:

    That he/she is the (State Official Title) _____

of Garnishee, _____ a corporation, organized under the laws of the

_____     _____.

IF GARNISHEE IS A GOVERNMENT ENTITY:

    State name and address of agency, and name and official title of authorized

representative:        Department of Revenue and Taxation

                PO Box 23607, Barrigada Guam 96921

                Paul J. Terlaje

                Taxpayer Service Administrator

    1.    On _____, 2008, Garnishee was served with the

Writ of Garnishment. For the pay period in effect on the date of service (shown above)

Yes  No

___  ✓    Defendant was in my/our employ.

            Pay period is weekly ___ , bi-weekly ___, semi-monthly ___, monthly ___.

            The Defendant's present pay period began on _____.

            (Present means the pay period in which this order and notice of

            garnishment were served)

            The Defendant's present pay period ends on _____

            Enter amount of net wages. Calculate below:

                    (a) Gross Pay            $_____

                    (b) Federal income tax      _____

                    (c) F.I.C.A. income tax      _____

                    (d) State/Local income tax    _____

                    Total of tax withholdings    $_____

                    Net Wages            $_____ (a less total of b,c,d)

//

//

- 2 -

| | Yes | No | | |
|---|---|---|---|---|
| 1 | | | | |

Yes   No

✓ ___ 2. Are you aware of any other garnishments, suggestions or levies currently in effect. If the answers is yes, please attach to this Answer a copy of each garnishment, suggestion or levy. *GMH Liability : $268.48*

✓ ___ 3. Do you or will you in the foreseeable future, owe the defendant money? If your answer is yes, please provide the amount of money you will owe, the date or dates on which each payment is due, and the reason why you owe or will owe the money to the Defendant:

| Type of Payment | Amount | Date of Payment is Due |
|---|---|---|
| 1. *Earned Income Credit 1995* | *459.00* | *UNK* |
| 2. *Earned Income Credit (2001-2004)* | *9,631.00* | *unk* |
| 3. *2006 Income Tax Refund* | *4,980 + INT.* | *unk* |

4. If you currently have in your custody, control or possession property (other than earnings) in the form of savings accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest, for each item of property provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

//
//
//
//

- 3 -

5.      For each item of property (other than earnings) which you expect to obtain custody or possession of in the forseeable future, provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest | Date you will obtain property |
|---|---|---|---|
| 1._____ | _____ | _____ | _____ |
| 2._____ | _____ | _____ | _____ |
| 3._____ | _____ | _____ | _____ |
| 4._____ | _____ | _____ | _____ |

Yes     No

___     ✓  6.     Do you make any claim of exemption on the part of Defendant? If yes, please explain the nature and basis of your claim:

_____

_____

_____

_____

Yes     No

___     ✓  7.     Do you have any objections to the garnishment of the Defendant? If yes, please explain the nature and basis of your objection:

_____

_____

_____

_____

//
//
//

- 4 -

8. Check the line below if you deny that you hold property subject to this order of garnishment:

        ____ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, MELVIN LEON GUERRERO, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

9. The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, MELVIN LEON GUERRERO at Yigo, Guam 96929 and (2) the attorneys for the United States, Jessica F. Cruz, Assistant United States Attorney, and Mikel W. Schwab, Assistant U.S. Attorney, U.S. Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM
Garnishee

By: _P̲L̲G̲.̲T̲L̲=̲_____

Paul J. Terlaje
PO Box 23607, Barrigada Guam 96921
635-1821
Name/address/Phone Number of person
preparing Answer

The foregoing instrument was acknowledged before me this _____ day of _____, 2008.

_____
Notary Public

- 5 -

Display Individual Return Master Record

Press Enter to continue.

```
Document locator no . :  20070660628      Tax period begin  . . :  1  1 2006
Tax form  . . . . . . :  1040A            Tax period end  . . . :  12 31 2006
Date filed  . . . . . :   4 24 2007
Taxpayer id no (TIN). :  ████1659   LEON GUERRERO MELVIN S
Spouse id no  . . . . :
Addr line 1, line 2 . :  ████ E GAYINERO DR
City, state, zip code :  YIGO                GU   96929-0000
Village code. . . . . :
1040NR return type  . :                  Commissioner rtn flag :  N
NRA spouse flag . . . :  N               Military flag . . . . :  N
Duplicate return  . . :                  Status code . . . . . :  Accepted
Audit referral flag . :                  Status date . . . . . :   5 21 2008
ITAPB referral flag . :                  Taxpayer occupation . :
CIB referral flag . . :                  Spouse occupation . . :
Corrected rtn flag. . :  N
Process for refund. . :  N

Due date  . . . . . . :  4 17 2007                               More
Due amount on return. :          .00
Amount paid w/return. :          .00
Underpayment penalty. :          .00     Undistributed Int  :          .00
A/R referral date . . :                  Interest on refund :          .00
Refund assigned to  . :
Refund amt on return. :     4,980.00     Refund check number:
Previous refunded amt :          .00     Refund check date  :
Amount for next year. :          .00     Refund check stat  :
                                         Last offset date . :
Penalty deduction . . :          .00            *Debtors
A/R deduction . . . . :          .00
*Debtor deduction . . :          .00                         .00
Total deductions  . . :          .00                         .00
Innocent spouse amt . :          .00                         .00
Refund check amount . :          .00                         .00
Refund check status . :
F3=Exit          F12=Cancel                             More ....
```

Work with EIC Claims

Position to TIN. . . . . . . . . . _____
Show expedited only? . . . . . . . . . N

Type option, press Enter.
    2=Change          4=Delete          5=Display         6=Process          8=Override
    9=Notices        12=Finalize       13=RejReason      16=Referral        17=Form 1310

Opt    DLN        TIN   Taxpayer name                                  Tax form Rel Sts
    TxYr Exam Tapb  Trob Sps TIN   Spouse name                                  EIC Amount
    __ 20070130906 ███1659 LEON GUERRERO MELVIN S              EIC-GU    R    A
    1995                                                                       459.00
    __ 20070130991 ███1659 LEON GUERRERO MELVIN S              EIC-GU    R    A
    2001                                                                      3570.00
    __ 20070140034 ███1659 LEON GUERRERO MELVIN S              EIC-GU    R    A
    2002                                                                      3770.00
    __ 20070140049 ███1659 LEON GUERRERO MELVIN S.             EIC-GU    R    A
    2003                                                                      2210.00
    __ 20070140069 ███1659 LEON GUERRERO MELVIN S              EIC-GU    R    A
    2004                                                                        81.00
                                                                            More...
F3=Exit           F5=Refresh      F10=Position     F11=Chg view      F12=Cancel
F17=Chg Prntr     F23=More Options

# Display Debtor Record

Press Enter to continue.

```
Taxpayer id no (TIN). :  ████1659
Record sequence . . . :  1

Document locator no . :  00000000000

Taxpayer name . . . . :  LEON GUERRERO        MELVIN
Indebtedness Amount . :        268.48
Garnished Amount  . . :
Garnished YTD . . . . :
Priority  . . . . . . :  18
Child support . . . . :
Account number  . . . :  110023692
Organization Code . . :
Organization Name . . :  GMHA
```

F3=Exit          F12=Cancel