**LeonGuerrero_M.taxgar8**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MELVIN LEON GUERRERO, ) <br> ) <br> Defendant, ) <br> _____) <br> ) <br> DEPARTMENT OF REVENUE ) <br>    AND TAXATION, ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Garnishee. ) <br> _____) | CRIMINAL CASE NO. 97-00026 <br><br><br><br><br>**MOTION FOR ENTRY OF** <br> **ORDER OF GARNISHMENT** |

Plaintiff, United States of America, respectfully requests the Court to enter the Final Order in Garnishment in this matter pursuant to 28 U.S.C. § 3205. In support of this motion, the United States respectfully states to the Court the following:

1. An Application for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to Garnishee was duly issued and served upon the Garnishee.

2. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due defendant, in the form of Income Tax Refunds and Earned Income Credits.

3. The defendant was served with a copy of the Writ of Garnishment and notified of his right to a hearing. The defendant has not requested a hearing to determine exempt property.

4. 28 U.S.C. § 3205(c)(7) states:

> After the garnishee files an answer and if no hearing is requested within the required time period, the Court shall promptly enter an order directing the garnishee as to the disposition of the judgment debtor's non-exempt interest in such property.

5. As set forth in the Writ of Garnishment, the amount of the debt due totals $183,924.00 as of April 29, 2008.

WHEREFORE, all conditions to the issuance of a Final Order in Garnishment against the savings of the defendant are fully satisfied. The United States respectfully requests that a Final Order in Garnishment be issued.

DATED this 23rd day of June, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Jessica F. Cruz
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov