**LeonGuerrero_M.TaxGarSvc2**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MELVIN LEON GUERRERO, ) <br> ) <br> Defendant, ) <br>_____) <br> ) <br> DEPARTMENT OF REVENUE ) <br>   AND TAXATION, ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Garnishee. ) <br>_____) | CRIMINAL CASE NO. 97-00026 <br><br><br><br> **CERTIFICATE OF SERVICE** |

     I hereby certify that on **June 24, 2008**, I electronically filed **Motion for Entry of Order of Garnishment** with the Clerk of Court using the CM/ECF system and electronically filed copies of the following: **Motion for Entry of Order of Garnishment** and **Order of**

//

//

//

flu/mp

1 | **Garnishment** were sent to defendant MELVIN LEON GUERRERO by certified and regular
2 | mail at his last known address and to the garnishee Department of Revenue and Taxation,
3 | Government of Guam by personal service on **July 7, 2008**

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 07/10/08          By:    /s/ Jessica F. Cruz
                                JESSICA F. CRUZ
                                Assistant U.S. Attorney
                                Jessica.F.Cruz@usdoj.gov
                                MIKEL W. SCHWAB
                                Assistant U.S. Attorney
                                mikel.schwab@usdoj.gov

flu/mp

- 2 -